# COURTROOM MINUTES
## CRIMINAL

DATE: 8/18/2025   DAY: Monday   START TIME: 12:59 p.m.   END TIME: 1:04 p.m.
JUDGE/MAG.: Andrew Wiseman   CLERK: rks   REPORTER: FTR
PROBATION OFFICER: Yang Moua   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 25-mj-123-amb   CASE NAME: USA v. Kile Madsen
PROCEEDING: Initial Appearance - Rule 5

**APPEARANCES:**
ASST. U.S. ATTY.: Julie Pfluger   DEFENDANT ATTY.: Jonathan Greenberg

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Initial Appearance held. Identity Hearing waived
Detention/Release Hearing set for Thursday August 21 at 2:00 p.m.

TOTAL COURT TIME: 0' 05"