# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>**KILE MADSEN (01)**<br><br>_Defendant_ | Case No. 2:25-CR-00147-01<br>Judge Cain<br>Magistrate Judge LeBlanc |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Kile Madsen,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2244(a)(3) - Abusive Sexual Contact of a Minor
18 U.S.C. § 2243(a) - Sexual Abuse of a Minor

Date: 05/21/2025

_Issuing officer's signature_

City and state: Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
_Printed name and title_

FILED/REC'D 2025 AUG 19 P 2:58 CLERK OF COURT U.S. DISTRICT COURT WD OF WI

---

**Return**

This warrant was received on _(date)_ 5/21/2025, and the person was arrested on _(date)_ 8/18/2025
at _(city and state)_ Madison, WI.

Date: 8-18-2025

_Arresting officer's signature_

Dylan Thurmer    SA
_Printed name and title_